## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Robert Gierwatowski
       Plaintiff,

v.               Case No.: 1:21−cv−01119
              Honorable Sharon Johnson Coleman

Trader Joe's Company
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 22, 2021:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's agreed motion for extension of time to respond to the complaint [21] is granted. Responsive pleading to be file by 7/28/2021. No appearance necessary on 6/23/2021. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.